NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MORRIS NATIONAL, INC.,**
*Appellant,*

**v.**

**ADAMS & BROOKS, INC.,**
*Appellee.*

---

2014-1224

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 92052158.

---

**JUDGMENT**

---

ELLIOT B. GIPSON, Fayer Gipson LLP, of Los Angeles, California, argued for appellant.  With him on the brief was PHU NGUYEN.

BASSAM N. IBRAHIM, Buchanan Ingersoll & Rooney PC, of Alexandria, Virginia, argued for appellee.  With him on the brief was BRYCE J. MAYNARD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (CHEN, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| | |
|---|---|
| September 17, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |